UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re: Jeffrey V Howes

Bankruptcy Case No. 13-30614
Adversary Case No. 13-00510
Chapter 13

**************************

Jeffrey V Howes and
Tonya H Howes
        Plaintiffs(s)

   vs.

Carrington Mortgage Services, LLC
Christiana Trust, A Division of Wilmington
Savings Fund Society, FSB, as trustee for
Stanwich Mortgage Loan Trust, Series 2013-2
        Defendant(s)

*************************************************************

LINE TO COURT REGARDING SERVICE OF AFFIDAVIT
CERTIFYING OWNERSHIP OF DEBT INSTRUMENT

    COMES NOW, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB as trustee of Stanwich Mortgage Loan Trust, Series 2013-2 (Carrington Mortgage Services, LLC, Servicer) by and through undersigned counsel and confirms that a copy of the attached Affidavit Certifying Ownership of Debt Instrument was served to debtor's counsel via ECF means on April 3, 2014. A true and accurate copy of the documents listed in the Affidavit will be sent directly to counsel for the debtor via e-mail to the address listed in the docket report.

/s/  Michael T. Cantrell, Esq. (kmg)
Michael T. Cantrell, Esq.
Attorney for Creditor
Bar No. 08793
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

/s/  Kyle J. Moulding, Esq. (kmg)
Kyle J. Moulding, Esq.

Attorney for Creditor<br>
Bar No. 30148<br>
312 Marshall Avenue, Suite 800<br>
Laurel, MD 20707<br>
301-490-1196<br>
bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Line along with the attached Affidavit was sent electronically via the CM/ECF system on April 3, 2014, to Robert Haeger, Esq., Attorney for Debtor.

/s/ Michael T. Cantrell, Esq.