UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re: Jeffrey V Howes

Bankruptcy Case No. 13-30614
Adversary Case No. 13-00510
Chapter 13

**************************

Jeffrey V Howes and
Tonya H Howes
          Plaintiffs(s)

vs.

Carrington Mortgage Services, LLC
Christiana Trust, A Division of Wilmington
Savings Fund Society, FSB, as trustee for
Stanwich Mortgage Loan Trust, Series 2013-2
          Defendant(s)

AFFIDAVIT CERTIFYING OWNERSHIP OF DEBT INSTRUMENT

The undersigned does hereby certify that the list of documents attached hereto is a true and accurate copy of the documents confirming that Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-2 is the owner of the loan.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THIS AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Carrington Mortgage Services, LLC as loan servicer for Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-2

Signature: _____ 3/31/14

Name: _Elizabeth A. Ostermann, Vice President, Default, SCRA for Carrington Mortgage Services, LLC, Attorney in Fact_

Title: _____

2013-37835

## List of Exhibits Confirming that Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-2 is the Owner of the Loan.

1. Deed of Trust – November 30, 2001
2. Construction Note – November 30, 2001
3. Lost Note Affidavit – February 12, 2013
4. Assignment – April 16, 2003
5. Assignment – March 16, 2005
6. Assignment – July 20, 2011
7. Assignment – October 30, 2013
8. Assignment – March 20, 2014

2013-37835